# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cv-00232-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| APPROXIMATELY $27,000.00 IN ) | |
| UNITED STATES CURRENCY SEIZED FROM ) | |
| LARRY SAUNDERS ON JANUARY 12, 2022 ) | |
| AT THE CHARLOTTE-DOUGLAS ) | |
| INTERNATIONAL AIRPORT. ) | |

THIS CAUSE COMES BEFORE THE COURT upon the Government's Motion for Entry of Default Judgment. (Doc. 21). Having considered the Motion and the pleadings, the Court GRANTS the Motion and Orders as follows:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture (Doc. 21) is hereby **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities with respect to the following Defendant Property:

> Approximately $27,000.00 in United States currency seized from Larry Saunders on or about January 12, 2022, at the Charlotte-Douglas International Airport.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: May 2, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge